UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR4229-JLS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER AND JUDGMENT DISMISSING CHARGES WITH PREJUDICE** |
| DANIEL SCHROEDER (2), BRIAN MISAK (3), CHEEM ANG (4), JOHN COTNER (5), | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

WHEREAS on January 11, 2011, defendants Daniel Schroeder, Brian Misak, Cheem Ang, and John Cotner entered into Deferred Prosecution Agreements with the United States regarding the charges in the above-referenced case, and

WHEREAS the period of deferral ended on January 11, 2012, and

WHEREAS the Court has considered the Government's Motion to Dismiss the Charges, averring that the above-named defendants have complied with the terms of the Deferred Prosecution Agreements during the period of deferral;

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that all remaining charges in the above-referenced case against |
| 2 | defendants Daniel Schroeder, Brian Misak, Cheem Ang, and John Cotner be dismissed with prejudice. |
| 5 | DATED: January 13, 2012 |
| 6 | *Janis L. Sammartino*<br>Honorable Janis L. Sammartino<br>United States District Judge |